United States District Court
Southern District of Texas
**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DEPARTMENT OF HOMELAND          §
SECURITY, IMMIGRATION AND       §
CUSTOMS ENFORCEMENT,            §
                                §
    Petitioner,                 §
                                §
VS.                             §        CIVIL ACTION NO. 1:25-CV-212
                                §
KHAIRI ZAMAN,                   §
                                §
    Respondent.                 §

## ORDER

In this matter, the Court has entered an ex parte temporary restraining order and extended the order once. (See TRO, Doc. 4; TRO, Doc. 8)  The Respondent is in the custody of the Petitioner and the Court finds that the Respondent is indigent.  To ensure protection of the Respondent's rights, the Court finds it appropriate to appoint him counsel under 28 U.S.C. § 1915.  As a result, it is:

**ORDERED** that Mr. Ali R. Fazel is appointed to represent Respondent Khairi Zaman.  Mr. Fazel's contact information is Fazel Law, 5373 W. Alabama Street, Suite 600, Houston, TX 77056, ph: 713-526-6020, and email: ali@fazellaw.com.

Signed on October 10, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge