United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § | |
| Respondent. | § | |

## <u>ORDER</u>

In this matter, the Court has entered an ex parte temporary restraining order and extended the order once. (See TRO, Doc. 4; TRO, Doc. 8)  The Respondent is in the custody of the Petitioner and the Court finds that the Respondent is indigent.  To ensure protection of the Respondent's rights, the Court finds it appropriate to appoint him counsel under 28 U.S.C. § 1915.  As a result, it is:

**ORDERED** that Ms. Ashley L. Kaper is appointed as co-counsel to represent Respondent Khairi Zaman.  Ms. Kaper's contact information is Ashley L. Kaper, Gerger Hennessy Martin & Peterson, LLP, 700 Louisiana St., Suite 2300, Houston, TX 77002, ph: 713-224-4400, and e-mail: akaper@ghmfirm.com.

Signed on October 14, 2025.

Fernando Rodriguez, Jr.
United States District Judge