United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-00212 |
| KHAIRI ZAMAN, | § § | |
| Respondent. | § | |

## **ORDER**

The Court has reviewed the Emergency Motion for Entry of Injunctive Relief Pursuant to Rule 65(a) and (b)(3) of the Federal Rules of Civil Procedure (Doc. 11). The Court recently appointed counsel to Respondent. (*See* Order, Doc. 12; Order, Doc. 13) To facilitate consideration of the Motion for Preliminary Injunction and any need to extend the current Temporary Restraining Order (Doc. 8), it is:

**ORDERED** that a telephonic status conference is scheduled for Friday, October 17, 2025, at 9:30 a.m.

Signed on October 14, 2025.

Fernando Rodriguez, Jr.
United States District Judge