**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

Department of Homeland Security,
Immigration and Customs Enforcement

v.                                                     Case Number: 1:25−cv−00212

Khairi Zaman

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by telephone
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 10/17/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    October 14, 2025

                                                     Nathan Ochsner, Clerk