UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. B-25-cv-212

DEC 0 1 2025

NATHAN OCHSNER

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Khairi Zaman

was received by me on *(date)*  09/30/2025 .

☑ I personally served the summons on the individual at *(place)*  Port Isabel Detention Center

on *(date)*  11/05/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/05/2025

_____
*Server's signature*

Richard Haralson  M  CIDUSM
*Printed name and title*

600 E. Harrison Street Brownsville, TX 78520
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| Department of Homeland Security, Immigration and Customs Enforcement <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Khairi Zaman <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  B-25-cv-212 <br><br><br> **FC** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KHAIRI ZAMAN
Detainee
Port Isabel Detention Center
27991 Buena Vista Blvd.,
Los Fresnos, Texas 78566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Nancy L. Masso
Assistant U. S. Attorney
U.S. Attorney's Office
600 E. Harrison St., Rm. 201
Brownsville, TX 78520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: Date: September 30, 2025 _____

_s/ Dori Lee Reyna_____
*Signature of Clerk or Deputy Clerk*