| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| | BROWNSVILLE DIVISION |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,  V.  KHAIRI ZAMAN | CIVIL ACTION NO. 1:25-CV-212 |
| | WITNESS LIST |
| LIST OF: PETITIONER  TYPE OF HEARING: PRELIMINARY INJUNCTION | |
| JUDGE: FERNANDO RODRIGUEZ, JR. | CLERK: BALVINA ESPINOZA | REPORTER: SHEILA PERALES |

| No. | NAME OF WITNESS[1] |
|---|---|
| 1. | Shauna Kincheloe, M.D., Staff Physician, Port Isabel Detention Center |
| 2. | Carlos Cisneros, Assistant Field Office Director, Port Isabel Detention Center |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |

[1] Witnesses will proffer testimony by way of Declaration unless otherwise directed by the Court.

## CERTIFICATE OF SERVICE

I certify that, on December 10, 2025, the foregoing was filed and served on all attorneys of record via the District's ECF system.

*/s/ Nancy L. Masso*
Nancy L. Masso
Assistant United States Attorney