| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| THE DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>v.<br><br>KHAIRI ZAMAN | Brownsville Division |
| | Criminal No. 1:25-cv-212 |
| | **KHAIRI ZAMAN'S WITNESS LIST** |
| Judge: HONORABLE FERNANDO RODRIGUEZ, JR. | Case Manager:<br>BALVINA ESPINOZA | REPORTER: SHEILA PERALES |

| No. | Name of Witness |
|---|---|
| 1 | Chanelle M. Diaz, MD, MPH |

<u>CERTIFICATE OF SERVICE</u>

We certify that a true and correct copy of this document has been served on all parties via the ECF system.

Date:  December 11, 2025.

/s/ Ashley Kaper
Ashley Kaper