United States District Court
Southern District of Texas

**ENTERED**

December 12, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § § | |
| Respondent. | § | |

**ORDER**

A hearing on Petitioner's motion for injunctive relief (Motion, Doc. 11) is scheduled for December 16, 2025, at 1:30 p.m. (*See* Order, Doc. 20)  Both parties have indicated that they plan to call witnesses at the hearing. (*See* Petitioner's Witness List, Doc. 23; Respondent's Witness List, Doc. 24)  Accordingly, it is:

**ORDERED** that the December 16, 2025, hearing at 1:30 p.m. on Petitioner's Emergency Motion for Entry of Injunctive Relief Pursuant to Rule 65(a) and (b)(3) of the Federal Rules of Civil Procedure (Doc. 11) shall be conducted in-person.

Signed on December 12, 2025.

Fernando Rodriguez, Jr.
United States District Judge