United States District Court
Southern District of Texas

**ENTERED**

December 12, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § § | |
| Respondent. | § | |

## **ORDER**

The Court earlier today scheduled the hearing for December 16, 2025 to be conducted in person. (Order, Doc. 25)  After receiving communications from counsel regarding travel and scheduling matters, and in light of the nature of the case and that counsel for the Respondent is court appointed, it is:

**ORDERED** that the hearing on December 16, 2025, shall be conducted by videoconference.

Signed on December 12, 2025.

Fernando Rodriguez, Jr.
United States District Judge