| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| | BROWNSVILLE DIVISION |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | CIVIL ACTION NO. 1:25-CV-212 |
| V. | AMENDED WITNESS LIST (NOTING THAT WITNESS SHAUNA KINCHELOE, M.D., WILL BE AVAILABLE FOR LIVE TESTIMONY) |
| KHAIRI ZAMAN | |
| LIST OF: PETITIONER TYPE OF HEARING: PRELIMINARY INJUNCTION | SCHEDULED: 01/20/2026 AT 1:30 P.M. |
| JUDGE: FERNANDO RODRIGUEZ, JR. | CLERK: BALVINA ESPINOZA | REPORTER: SHEILA PERALES |

| No. | NAME OF WITNESS |
|---|---|
| 1. | Shauna Kincheloe, M.D., Staff Physician, Port Isabel Detention Center |
| 2. | Carlos Cisneros, Assistant Field Office Director, Port Isabel Detention Center[1] |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |

---

[1] Witness Cisneros will proffer testimony by way of Declaration unless otherwise directed by the Court.  Witness Kincheloe will be available to provide testimony, via zoom, on January 20, 2026.

## CERTIFICATE OF SERVICE

I certify that, on January 15, 2026, the foregoing was filed and served on all attorneys of record via the District's ECF system.

/s/ Nancy L. Masso
Nancy L. Masso
Assistant United States Attorney