| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| | | BROWNSVILLE DIVISION |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br> V. <br> KHAIRI ZAMAN | | CIVIL ACTION NO. 1:25-CV-212 |
| | | AMENDED EXHIBIT LIST |
| LIST OF: PETITIONER <br> TYPE OF HEARING: PRELIMINARY INJUNCTION | | SCHEDULED: 01/20/ 2026 AT 1:30 P.M. |
| JUDGE: <br> FERNANDO RODRIGUEZ, JR. | CLERK: <br> BALVINA ESPINOZA | REPORTER: <br> SHEILA PERALES |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Shauna Kincheloe, M.D., Staff Physician, Port Isabel Detention Center[1] dated 12/10/2025 | | | | |
| 2. | Declaration of Carlos Cisneros, Assistant Field Office Director, Port Isabel Detention Center dated 09/19/2025 | | | | |
| 3. | ICE Health Service Corps "Hunger Strike" Directive, Dated April 24, 2024 | | | | |
| 4. | Clinical Services Hunger Strike Guideline, ICE Health Service Corps, Dated November 5, 2025 | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

[1] Petitioner anticipates providing an up to date affidavit as circumstances may warrant on the day of the hearing.

## CERTIFICATE OF SERVICE

I certify that, on January 15, 2026, the foregoing was filed and served on all attorneys of record via the District's ECF system.

/s/ Nancy L. Masso
Nancy L. Masso
Assistant United States Attorney