# SHAUNA KINCHELOE-ZAREN, MD  (REVISED 1/9/26)

Phone: (956) 525-3225                                    2216 Padre Blvd, 525
skzaren@gmail.com                              South Padre Island, TX 78597

I am a board-certified Family Medicine physician with an extensive background including leadership positions, academic teaching, telehealth, urgent care with DOT and FMLA experience, occupational medicine, VA Compensation and Pension medical opinions including burn pit, Agent Orange and 1151 claims. I have extensive experience in hormone replacement therapy and ADHD. I have a compassionate use license in Texas. I have small private concierge practice concentrating on longevity and wellness. My strengths include problem solving and thinking outside of the box and leadership roles.

## EDUCATION

**Residency:  Swedish Covenant Hospital**
**North Chicago, IL**                                              2003-2005
Chief Resident, Family Medicine
Awards in OB/GYN and Resident of the Year

**Internship: Cook County Hospital**                    **2002-2003**
Chicago, IL
Internal Medicine Intern

**Medical School: Chicago Medical School**          **1997-2002**
**North Chicago, IL**
Undergraduate: Northeastern University

## WORK EXPERIENCE

**Port Isabel Detention Center, ICE, DHS        March, 2025 – Present**
**Los Fresnos, Texas**
- Clinical oversight of Advance Practice Providers
- Clinical care of aliens detained both in the outpatient and inpatient setting.

**Shauna Kincheloe-Zaren, MD (private practice)   March, 2019 - Present**
**South Padre Island, TX 78597**
- Wellness and healthy aging
- Compassionate Use
- Telehealth
- Cosmetic Procedures
- General medical concierge practice
- VA Compensation and Pension Exams including 1151 claims



Shauna Kincheloe-Zaren, MD - 1

**United Health Care/LHI/Optum Serve   March, 2022-May, 2025**
**1151 Medical Opinions (VA Medical Malpractice claims) & Compensation Opinions**
- Review cases & research medical literature (UpToDate)
- Provide disability and malpractice opinions including 1151 claims
- Agent Orange opinions and Burn Pitt Registry opinions

**VHA Valley Coastal Bend**, Harlingen, TX                May 2018 to February, 2022
**Telehealth Physician**, Primary Care
- Primary Care Provider
- Walk-in Urgent Care Physician prior to coverage of a primary care team
- Agent Orange Exams
- Burn Pitt Registry Exams
- Telehealth physician
- Compensation and Pension exams
- Medical Malpractice Expert Witness for VA

**VHA Valley Coastal Bend**, Harlingen, TX  March 2015 to May 2018
**Chief of Staff**
- 4 Primary Care CBOCs
- 2 Specialty CBOCs
- Operating room for same day surgery
- Budget Planning
- Staffing & recruitment
- Congressional and presidential inquiry responses
- Planning for future growth and improvement
- Oversight of the entire medical staff in the facility
- Credentialing and privileging
- Joint Commission Preparation

**Carl Vinson VHA,** Dublin, GA                October 2013 to March 2015
**Chief of Staff interim**
**Chief of Primary Care**
- 4 Primary Care Community Based Outpatient Clinics
- Hospital Management
- Mental Health Inpatient
- Responsible for medical staff
- Budget
- Planning
- Congressional and Presidential Inquiry responses
- Risk Management
- Training and Medical Staffing
- Hiring and discipline actions
- Assigned to a team to perform preparatory Joint Commission visits to other facilities
- Credentialing and Privileging
- Mock Joint Commission Inspection Team

Shauna Kincheloe-Zaren, MD - 2

**VHA Charleston**, Savannah, GA                          June 2011 to September 2013
**Primary Care provider**
- Management of 1200 patients
- Monitor screening tests such as pap smears, colonoscopies and other recommended testing and screening
- Walk in patient coverage for minor emergencies and urgent type work
- Detailed to other facilities when coverage in those clinics was short.

**Urgent Care for Memorial Hospital (part time)**                          2012-2013
Physician
- Occupational Health
- STD Testing
- Routine urgent care work such as fractures, sprains, strains, suturing, colds, flu, etc.
- Workers Compensation
- Drug toxicology screening
- Minor mental health management
- Womens Health
- Bioidentical Hormone Replacement

**Mercer Medical College/Memorial Hospital**, Savannah, GA                          2008-2013
**Associate Director,** Family Medicine
- Outpatient and inpatient supervision of residents.
- Teaching Womens Health
- Teaching Dermatology
- Grant for Weil Institute to teach residents complimentary medicine
- Rounding with residents in the hospital
- Resident selection

**Northwestern University,** Evanston, IL                          2006-2008
**Teaching Attending Physician,** Family Medicine
- In patient and outpatient supervision of residents
- Private panel of patients

**Solo Practice in Primary Care and Aesthetics,**  Northbrook, IL                          2005-2007
- Concierge Medicine
- Cosmetic Botox & filler, hair removal, tatoo removal
- Preoperative exams for plastic surgery
- Insurance company exams and blood draw at patients location
- Hyperhydrosis treatment including botox
- Home visits for concierge patients

Shauna Kincheloe-Zaren, MD - 3