| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|---|
| | | BROWNSVILLE DIVISION | | | | |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, V. KHAIRI ZAMAN | | CIVIL ACTION NO. 1:25-CV-212 | | | | |
| | | AMENDED EXHIBIT LIST (SUPPLEMENT TO INCLUDE EXHIBIT 5) | | | | |
| LIST OF: PETITIONER TYPE OF HEARING: PRELIMINARY INJUNCTION | | SCHEDULED: 01/20/ 2026 AT 1:30 P.M. | | | | |
| JUDGE: FERNANDO RODRIGUEZ, JR. | CLERK: BALVINA ESPINOZA | REPORTER: SHEILA PERALES | | | | |
| NO. | DESCRIPTION | | OFR | OBJ | ADM | DATE |
| 1. | Declaration of Shauna Kincheloe, M.D., Staff Physician, Port Isabel Detention Center[1] dated 12/10/2025 | | | | ✓ | 1/20/26 |
| 2. | Declaration of Carlos Cisneros, Assistant Field Office Director, Port Isabel Detention Center dated 09/19/2025 | | | | ✓ | 1/20/26 |
| 3. | ICE Health Service Corps "Hunger Strike" Directive, Dated April 24, 2024 | | | | ✓ | 1/20/26 |
| 4. | Clinical Services Hunger Strike Guideline, ICE Health Service Corps, Dated November 5, 2025 | | | | ✓ | 1/20/26 |
| 5. | CV for Shauna Kincheloe, M.D. | | | | ✓ | 1/20/26 |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |

[1] Petitioner anticipates providing an up to date affidavit as circumstances may warrant on the day of the hearing.