## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

Department of Homeland Security,
Immigration and Customs Enforcement
   Petitioner

v.

Case No. 1:25−cv−00212

Khairi Zaman
   Respondent

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by video

**DATE:** 1/30/2026

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date: January 28, 2026

Nathan Ochsner, Clerk