**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND** | * | |
| **SECURITY, IMMIGRATION AND** | * | |
| **CUSTOMS ENFORCEMENT,** | * | |
| **Petitioner,** | * | **CASE NO. 1:25-cv-212** |
| | * | |
| **v.** | * | |
| | * | |
| **KHAIRI ZAMAN,** | * | |
| **Respondent.** | * | |
| | * | |

## ACCELERATED SCHEDULING ORDER

1.  Motion to join new parties must be filed by:              February 2, 2026
2.  Party with burden on an issue shall name expert(s) and
    produce report(s) by:                                     February 2, 2026

3.  Rebuttal expert(s) shall be named and report(s) produced by:    February 9, 2026

4.  Discovery must be completed by:                           February 13, 2026

> *Counsel may agree to continue discovery beyond the deadline, but the Court will not intervene.  Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5.  Dispositive Motions, Motions to Exclude Expert Witness and
    Motions related to Discovery disputes must be filed by:   February 20, 2026

6.  Parties must file Witness and Exhibit lists by:           February 20, 2026

7.  Parties must file motions *in limine* and objections to
    proposed trial exhibits and witnesses by:                 Date of Final Hearing

8.  Final Pretrial Conference is set for ___ a.m./ p.m. on:   _____

> *Court will schedule jury selection and/or trial date at Final Pretrial Conference.*


_____
Fernando Rodriguez, Jr.
United States District Judge


**Reviewed and Approved By:**
*/s/ Nancy L. Masso, AUSA for Petitioner     /s/ Ali Fazel, Attorney for Respondent*