United States District Court
Southern District of Texas

**ENTERED**

January 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § § | |
| Respondent. | § | |

### SCHEDULING ORDER

1.  Discovery must be completed by:                    February 13, 2026

2.  Status Conference is set for 1:30 p.m. on:          February 20, 2026

3.  Parties must file Amended Witness and Exhibit lists by:   February 23, 2026

4.  Resumption of Trial is set for 1:30 p.m. on:        March 2, 2026

The Court will consider any objections to new witnesses or exhibits at the trial.


Signed on January 30, 2026.


_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge