**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-212 |
| KHAIRI ZAMAN, | § § | |
| Respondent. | § | |

**JOINT STIPULATION OF DISMISSAL**

The parties herein have consulted and agreed that the issues raised in the Petition herein [ECF 1] have been resolved and there is no longer a case or controversy over which this Court should exercise jurisdiction. Therefore, this matter should be dismissed without prejudice, and the parties respectfully submit this STIPULATION pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Date: March 3, 2026

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

s/ Ali Fazel (w/ permission by NLM)
ALI FAZEL
Attorney at Law
FAZEL LAW
Texas Bar No. 24012611
5373 W. Alabama St., Suite 600
Houston, TX 77056
(713) 526-6020
E-Mail: Ali@fazellaw.com
Counsel for Respondent

s/ Nancy L. Masso
NANCY L. MASSO
Assistant United States Attorney
SDTX No. 10263
Texas Bar No. 00800490
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554/Fax: (956) 548-2775
Email: Nancy.Masso@usdoj.gov
Counsel for Petitioner