United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Department of Homeland Security, Immigration and Customs Enforcement, and Respondent Khairi Zaman have jointly stipulated to voluntarily dismiss all claims asserted in this action without prejudice. (Stipulation of Dismissal, Doc. 42)  The Stipulation dismisses this action without court order and without prejudice to refiling.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

All deadlines and settings are canceled.

All injunctive relief previously granted by the Court is **VACATED**.

The Clerk of Court is directed to close this matter.

Signed on March 3, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge