United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-212 |
| KHAIRI ZAMAN, | § § § | |
| Respondent. | § | |

## ORDER

The Court reviewed the Motion for Payment (Doc. 44) and finds that good cause supports the requested relief.  As a result, it is:

**ORDERED** that Petitioner Khairi Zaman's Motion for Payment (Doc. 44) is **GRANTED**.

Signed on March 27, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge